◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMEL SMITH, Also Known as RAMAL SMITH, Appellant. [812 NYS2d 370]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered May 20, 2003, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor made statements during summation which deprived him of a fair trial is without merit. The challenged remarks were a fair response to the defendant's summation (*see People v Galloway,* 54 NY2d 396 [1981]; *People v Horne,* 6 AD3d 549 [2004]), fair comment on the evidence (*see People v Ashwal,* 39 NY2d 105 [1976]), or harmless in light of the overwhelming evidence of the defendant's guilt and the court's curative instructions (*see People v Crimmins,* 36 NY2d 230 [1975]; *People v Horne, supra*). Miller, J.P., Spolzino, Lifson and Dillon, JJ., concur.